**Motion Granted; Order filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00529-CV
_____

**DAVID H. BERG & ASSOCIATES PC D/B/A BERG & ANDROPHY AND JOEL ANDROPHY, Appellants**

**V.**

**VIRAGE CAPITAL PARTNERS SPC; VIRAGE MASTER FUND LP; AFFILIATED SOLUTIONS D/B/A LITCAP; MARTIN A. SHELLIST, Appellees**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-58408

## ORDER

This is an appeal from a judgment signed April 5, 2019. On August 7, 2019, appellants David H. Berg & Associates PC d/b/a Berg & Androphy and Joel Androphy filed a motion to dismiss the appeal as to appellees Virage Capital Partners SPC, Virage Master Fund LP, and Martin A. Shellist from the appeal. *See*

Tex. R. App. P. 42.1. The motion for partial dismissal of this appeal is granted. Accordingly, the appeal is dismissed with respect to appellees, Virage Capital Partners SPC, Virage Master Fund LP, and Martin A. Shellist. Appellants' appeal continues with respect to appellee Affiliated Solutions d/b/a LitCap.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.